Lawrence Mnich, Appellant, *v.* American Radiator Company, Respondent.

Submitted November 19, 1945; decided November 29, 1945.

*Emil L. Cohen* and *George E. Phillies* for motion.
No one opposed.

Motion denied, without costs, and without prejudice to a renewal thereof upon proof of the facts specified in section 199 of the Civil Practice Act. (See *Siegelbaum* v. *Dowling,* 279 N. Y. 22.)